# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNADO K. TAYLOR, # 131825, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LORI DAMMERMANN, ) <br> TERRENCE CASEY, ) <br> TAMMI CRAIG, ) <br> DENNIS SCHROEKER, ) <br> SARA THOMAS, ) <br> JEN MUDD, ) <br> LAURIE LROSE, ) <br> MIKE PARKER, ) <br> TORI HOMAN, ) <br> GEGG SCOTT, and ) <br> ERICK, ) <br> ) <br> Defendants. ) | Case No. 19-cv-00497-SMY |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

On May 10, 2019, Plaintiff Kennado K. Taylor, an apparent pretrial detainee currently detained at the Sangamon County Jail in Springfield, Illinois, filed a Complaint (Doc. 1) and a Motion for Leave to Proceed *in forma pauperis* ("IFP Motion") (Doc. 2).

The Court denied Plaintiff's IFP Motion on May 16, 2019. (Doc. 4). The Court noted that Plaintiff previously "struck out" by filing at least three prior actions that were dismissed as frivolous, malicious, or for failure to state a claim. (Doc. 4, pp. 2-3). He also demonstrated no imminent danger of serious physical injury. *Id.,* p. 3. He was therefore ordered to pay the full filing fee of $400.00 by June 6, 2019, if he wished to proceed. *Id.,* p. 4. The Court warned Plaintiff that failure to pay the fee by the deadline would result in dismissal of the action. *Id.* (citing FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34

F.3d 466 (7th Cir. 1994)).

The deadline has now passed. Plaintiff has not paid the filing fee. He has also failed to request an extension of the deadline for doing so. Plaintiff is in clear violation of the Court's Order. (Doc. 4). The Court will not allow this matter to linger indefinitely.

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice based on Plaintiff's failure to comply with an Order of this Court and for want of prosecution. (Doc. 4) (citing FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994)). This dismissal shall **NOT** count as a "strike" under 28 U.S.C. § 1915(g).

Plaintiff's obligation to pay the filing fee for this action was incurred at the time the action was filed, so the fee of $400.00 remains due and payable. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998). A separate order will issue for the prison Trust Fund Officer to deduct payments from Plaintiff's trust fund account until the $400.00 fee is paid in full.

The Clerk's Office is **DIRECTED** to close this case and enter a judgment accordingly.

**IT IS SO ORDERED.**

**DATED:**

                                             s/ Staci M. Yandle
                                             **STACI M. YANDLE**
                                             **United States District Court**